452 A.2d 65

Commonwealth v. Norris, Appellant.

 Submitted December 5, 1980. Herman Weiner, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.